PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:[illegible]1CR00019-002 |
| DOCKET NUMBER *(Rec. Court)* | CR 07-493 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brandon Weir<br>319 East Indiana Avenue<br>Philadelphia, Pennsylvania 19134 | Southern District of WV | Charleston |
| | NAME OF SENTENCING JUDGE: John T. Copenhaver, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: Ap[illegible] | TO: April 9, 2011 |

OFFENSE

21 U.S.C. § 846, Conspiracy to Distribute 100 grams or more of Heroin

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 29, 2007
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Aug 20, 2007
*Effective Date*

*United States District Judge*